# Third District Court of Appeal
## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-210
Lower Tribunal Nos. 17-17676 CC & 20-191 AP

_____

**Jose A. Silveira,**
Appellant,

vs.

**Westport Recovery Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Law Office of Jonathan N. David, Esq., P.A., and Jonathan N. David, for appellant.

Friedman & Greenberg, P.A., and Debra L. Greenberg (Plantation), for appellee.

Before EMAS, LOGUE, and BOKOR, JJ.

PER CURIAM.

Affirmed.